# KAUFMAN & KAHN, LLP

**MEMO ENDORSED**

August 9, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2024
```

<u>BY ECF</u>

Hon Judge Valerie E. Caproni,
U.S. District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:   <u>Grullon v. Lewis, et al.</u> (Case No. 1:24-cv-4892-VEC-SN)

To the Honorable Judge Caproni:

    We are co-counsel for Plaintiff Luis Grullon in the above-entitled case. Because the time for each Defendant to answer or otherwise respond to the complaint has been extended until September 23, 2024, we respectfully request that the Initial Scheduling Conference be adjourned from August 23, 2024 to the next available date after September 23, 2024. Counsel for Defendants have consented to this adjournment. This is the first request for such adjournment.

    Thank you for your consideration of this matter.

                          Respectfully submitted,

                          /s/ Mark S. Kaufman
                          Mark S. Kaufman

cc. (by email and ECF):
      David Fritz, <u>dfritz@boyarskifritz.com</u>
      Leah Scholnick, <u>lscholnick@boyarskifritz.com</u>
      *Attorneys for Steven Lewis, Galactic Record and Giuseppe Zappala*

      Nicholas Tardif, <u>nicholas.tardif@umusic.com</u>
      *Attorneys for UMG Music and Republic Records*

Application GRANTED. The initial pretrial conference currently scheduled for August 23, 2024, is hereby ADJOURNED to **Friday, September 27, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The pre-conference joint letter is due **September 20, 2024.**

SO ORDERED.

8/12/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE