UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
LUIS GRULLON,

                                  Plaintiff(s).           24-CV-4892 (VEC)

          -against-                                        ORDER

STEVEN D. LEWIS p/k/a "TANA," GIUSEPPE
ZAPPALA, GALACTIC RECORDS, REPUBLIC
RECORDS, and UMG RECORDINGS, INC.,

                                  Defendant(s).

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on October 21, 2024, Shatina Frazier and Kerry Frazier filed notices of appearance in this case. Dkts. 41–42.

        IT IS HEREBY ORDERED that, to the extent the Fraziers are represented by counsel, such counsel must file notices of appearance not later than **today, October 22, 2024**.

**SO ORDERED.**

**Date:  October 22, 2024**
        **New York, NY**

                                                    **VALERIE CAPRONI**
                                            **United States District Judge**