

**MEMO ENDORSED**

Sarah M. Matz
Partner
sarah@adelmanmatz.com
646-650-2213

May 6, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2025

**VIA ECF**
Hon Judge Valerie E. Caproni
U.S. District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re:    *Grullon v. Lewis, et al. (Case No. 1:2024-cv-04892)*

Hon. Judge Caproni:

      We are litigation counsel for Defendants Steven D. Lewis p/k/a "Tana" ("Lewis"), Giuseppe Zappala ("Zappala"), and Galactic Records LLC ("Galactic") (collectively, "Defendants") in the above-referenced action. We write with the consent of Plaintiff Luis Grullon ("Plaintiff") and Defendant Republic Records ("Republic"), pursuant to Rules 2(C) of Your Honor's Individual Practices in Civil Cases ("Rules"), to request that the Court allow the parties to appear telephonically at the post-fact discovery conference, scheduled for May 9, 2025 at 10:00a.m. ("Conference") (*See* Dkt. No. 60), or alternatively to adjourn the Conference to 2:30 p.m. EST or later.

      Defendants respectfully request that the Court allow the parties to appear telephonically at the Conference because the undersigned counsel recently had a virtual hearing on an order to show cause scheduled in another matter for May 9, 2025 at 8:30 a.m PT / 11:30 am ET and therefore, the undersigned would not be able to make it back to my office in time to appear at the virtual order to show cause hearing. Further, the undersigned's co-counsel in this action, Madyson Nucci, is currently out of the country on vacation and would not be able to appear in place of the undersigned. If the Court is not inclined to allow the parties to appear telephonically, we respectfully request that the Conference be adjourned to at or after 2:30p.m. EST on May 9, 2025 to allow the undersigned time to commute to the Court for the Conference.

      There has been no prior adjournment request of the May 9, 2025 conference. All parties consent to this request.

**Adelman Matz P.C.**
Phone: (646) 650-2207 • Fax: (646) 650-2108

Mailing:
1159 Second Avenue, Suite 153
New York, New York 10065

Office:
800 3rd avenue, 25th floor
New York, New York 10022

We greatly appreciate the Court's time and consideration, and should the Court need any additional information we are available at the Court's convenience.

Respectfully submitted,

ADELMAN MATZ P.C.

Sarah M. Matz, Esq.

---

Application DENIED. The Court sees no reason why Ms. Matz will not be able to return to her office at 1159 Second Avenue by 11:30 A.M. on the day of the conference.

SO ORDERED.

5/7/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2